**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert DENMARK, a.k.a. Mark Anthony White, a.k.a. Darrick Maynard Scrub, a.k.a. Bryan Junior Robinson, Defendant–Appellant.**

**No. 12–12430**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 14, 2012.

Wifredo A. Ferrer, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's

**900**

Office, Miami, FL, Lothrop Morris, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Peter Vincent Birch, Federal Public Defender's Office, West Palm Beach, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Robert Denmark, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Peter Birch, appointed counsel for Robert Denmark in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Denmark's conviction and sentence are **AFFIRMED.**